# COURTROOM MINUTE SHEET

DATE 10/20/2026

CASE NUMBER CR-24-436-G

USA -vs- Amber Earp

COMMENCED 1:35/2:59 ENDED 1:53/3:15 TOTAL TIME 34 mins

PROCEEDINGS Sentencing

JUDGE CHARLES B. GOODWIN DEPUTY JACOB BUCKLE REPORTER SHERRI GRUBBS

PLF COUNSEL Stephen Hoch

DFT COUNSEL Christopher Reser

PROBATION OFFICER Mychael McWhorter, Alexis Maltz

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Govt withdraws PSR objections. The Court hears argument re sentencing from Govt and Deft as well as personal statement of Deft and commits Deft to BOP for 48 months followed by 36 months of supervised release in addition to ordering a special assessment fee of $100.00 due immediately. Deft advised of appeal rights and ordered to self-surrender to USM or BOP designated facility no later than 11/19/2026 at 12:00 p.m.